*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**          Date: November 17, 2011

vs.                                   Case No. 11-3054-02-CR-S-RED

**DONALD RAYMOND HAYNES**

**Honorable Richard E. Dorr, presiding at Springfield, Missouri**

**Nature of Hearing: Acceptance of Guilty Plea/Motion for Detention**

**Time Commenced: 1:05 P.M. (1:00)      Time Terminated: 1:30 P.M.**

APPEARANCES

**Plaintiff's counsel: Mike Oliver, AUSA**
**Defendant's counsel: Michelle Moulder, AFPD**

1:05 p.m.  Informal conference held with court, counsel, and probation officer in conference room.
1:23 p.m.  Proceedings:  Counsel present as stated above.  Dft present in person with counsel.  The Court accepts the defendant's plea of guilty to Counts 1 and 2 and admission to the forfeiture allegation and the defendant is adjudged guilty of the offenses.  A PSI is ordered.  Govt's motion for detention is sustained and the dft is remanded into custody pending sentencing.

**COURT REPORTER: Jeannine Rankin**
**COURTROOM DEPUTY: Karen Siegert**
**LAW CLERK: Jacquie Clement**